# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LOUIS BROWN ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:24–CV–03276–DJC–JDP** |
| v. | |
| **SEIU LOCAL 1000 , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/20/26 .**

ENTERED:   **February 20, 2026**          /s/  **Keith Holland**
                                                           Clerk of Court