**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**RICHARD LOUIS BROWN,**
      Plaintiff

  v.                                   **CASE NO. 2:24–CV–03276–DJC–JDP**

**SEIU LOCAL 1000, ET AL.,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **March 18, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 12, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ V. Licea Chavez

Deputy Clerk