**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**TO:**        **CLERK, U.S. COURT OF APPEALS**

**FROM:**     **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**  **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:24–CV–03276–DJC–JDP** |
| USDC Judge: | **DISTRICT JUDGE DANIEL J. CALABRETTA** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RICHARD LOUIS BROWN vs. SEIU LOCAL 1000** |
| Type: | **CIVIL** |
| Complaint Filed: | **11/25/2026** |
| Appealed Order/Judgment Filed: | **2/20/2026** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: IFP Granted on 1/13/2025**

Information prepared by: /s/  **V. Licea Chavez , Deputy Clerk**